UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JENKINS, | No. 2:14-cv-2447 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, | |
| Defendant. | |

An order filed by this court on May 6, 2015, ECF No. 8, was served on plaintiff at his address of record, the Sierra Conservation Center.  However, the order was returned as undeliverable.  Although plaintiff has not filed a Notice of Change of Address, as required by the Local Rules,[1] review of the Inmate Locator website operated by the California Department of Corrections and Rehabilitation (CDCR) indicates that plaintiff is now incarcerated at the California Medical Facility (CMF).[2]

---

[1] See Local Rule 182(f) (pro se party is "under a continuing duty to notify the Clerk and all other parties of any change of address," and "[a]bsent such notice, service of documents at the prior address of the . . . pro se party shall be fully effective."); see also Local Rule 183(b) ("If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.").

[2] See http://inmatelocator.cdcr.ca.gov/.  This Court may take judicial notice of facts that are (continued…)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff, together with a copy of this order, a copy of the court's order filed May 6, 2015, ECF No. 8; the Clerk of Court shall again include a blank application to proceed in forma pauperis by a prisoner, and a blank civil rights complaint by a prisoner.

2. The Clerk of Court is directed to send these documents to plaintiff at the California Medical Facility, but retain plaintiff's current address of record on the docket pending a Notice of Change of Address filed by plaintiff.

3. Plaintiff is again directed to file, within twenty-one days after the filing date of this order, the following:

   a. A new and fully completed application to proceed in forma pauperis;

   b. An amended complaint that bears the docket number assigned this case, is labeled "Amended Complaint," and complies with the pleading requirements of the Federal Rules of Civil Procedure; and

   c. A Notice of Change of Address, if applicable.

4. Plaintiff's failure to timely file a new application to proceed in forma pauperis and/or an amended complaint that states a cognizable civil rights claim and/or a Notice of Change of Address (if applicable), will result in a recommendation that this action be dismissed without prejudice.

DATED: June 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").