UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JENKINS, | No. 2:14-cv-2447 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> and |
| JEFFREY BEARD, | <u>FINDINGS AND RECOMMENDATIONS</u> |
| Defendant. | |

Plaintiff is a state prisoner at California Medical Facility (CMF),[1] proceeding pro se in this putative civil rights action filed pursuant to 42 U.S.C. § 1983. This action is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302(c), and Local General Order No. 262.

By order filed May 6, 2014, the court found plaintiff's complaint frivolous but nevertheless granted plaintiff leave to file an amended complaint together with a fully completed in forma pauperis application. <u>See</u> ECF No. 8. Attempted service of the court's order at plaintiff's address of record (Sierra Conservation Center) failed. On June 2, 2015, the court issued another order, according plaintiff additional time (21 days) to file an amended complaint

---

[1] The Clerk of Court is directed to construe the notation on plaintiff's in forma pauperis application filed June 3, 2015, ECF No. 10, as his notice of change of address. <u>See</u> also ECF No. 9 (court's order filed June 2, 2015, addressing plaintiff's place of incarceration).

and in forma pauperis application, and directed the Clerk of Court to serve the order on plaintiff at CMF, identified as his place of incarceration by the Inmate Locator website operated by the California Department of Corrections and Rehabilitation.  <u>See</u> ECF No. 9.  The court's order included the following warning, <u>id.</u> at 2:

> Plaintiff's failure to timely file a new application to proceed in forma pauperis and/or an amended complaint that states a cognizable civil rights claim and/or a Notice of Change of Address (if applicable), will result in a recommendation that this action be dismissed without prejudice.

Plaintiff subsequently filed a fully completed in forma pauperis application, ECF No. 10, which was dated prior to the court's June 2, 2015 order.  Plaintiff has not, however, filed an amended complaint within the extended deadline.   Therefore, the undersigned will recommend dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to:

1. Indicate on the docket that plaintiff's address of record is the California Medical Facility; and

2. Randomly assign a district judge to this action.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  July 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE