UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JENKINS,<br><br>              Plaintiff,<br><br>     v.<br><br>JEFFREY BEARD,<br><br>              Defendants. | No.  2:14-cv-2447 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  By order filed May 6, 2015, the court dismissed plaintiff's complaint for failure to state a claim, and accorded plaintiff thirty days within which to file an amended complaint.  See ECF No. 8 at 2 (finding that the complaint "fails to identify any specifically challenged conduct by any named defendant and fails to articulate any identifiable relief sought by plaintiff").  Plaintiff was granted repeated extensions of time within which to file an amended complaint, most recently by order filed August 6, 2013, which set a thirty-day deadline to September 5, 2013.  See ECF Nos. 9, 15, 22.  Plaintiff was informed that "failure to timely file an amended complaint will result in a recommendation that this action be dismissed without prejudice."  ECF No. 22 at 2.

      The extended deadline has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

1

1     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

3     These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, plaintiff may file written objections
6 with the court; the document should be captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file objections within the specified
8 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
9 (9th Cir. 1991).

10 DATED: September 17, 2015

                                                        ALLISON CLAIRE
                                                        UNITED STATES MAGISTRATE JUDGE